UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALEJANDRO BLANDINO,

Defendant.

**ORDER**

22 Cr. 604 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of the Defendant will take place on **November 10, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
November 4, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge