UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALEJANDRO BLANDINO,

Defendant.

**ORDER**

22 Cr. 604 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The Conference scheduled for January 25, 2023, is adjourned to **March 1, 2023 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, Alejandro Blandino, by and through his counsel, Clay H. Kaminsky, it is further ordered that the time between today and March 1, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the defense to continue reviewing discovery and consider potential Rule 12 motions.

Dated: New York, New York
January 23, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge