UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

ALEJANDRO BLANDINO,

          Defendant.

**ORDER**

22 Cr. 604 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The Conference scheduled for April 12, 2023, is adjourned to **May 9, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    Upon the application of the United States of America, by and through Assistant United States Attorney Jackie Delligatti, and with the consent of the Defendant, by and through his counsel, Clay Kaminsky, it is further ordered that the time between April 12 and May 9, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the defense to continue reviewing discovery and the parties to discuss a possible pretrial disposition of this matter.

Dated: New York, New York
       April 10, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge